ACCEPTED
01-15-00863-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 3:41:28 PM
CHRISTOPHER PRINE
CLERK

01-15-00863-CV

In the Court of Appeals
For the First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/1/2015 3:41:28 PM

CHRISTOPHER A. PRINE
Clerk

# ELIZABETH THOMAS,
### *Appellant,*

### v.

# MERITAGE HOMES OF TEXAS, LLC f/k/a MERITAGE HOMES OF TEXAS, L.P. f/k/a LEGACY MONTEREY HOMES, L.P.;
# MTH LENDING GROUP, L.P. f/k/a MERITAGE LANDING SERVICE PRIMARY RESIDENTIAL MORTGAGE, INC. d/b/a f/k/a FLAGSTONE LENDING GROUP STEWART TITLE COMPANY;
# MTH TITLE COMPANY;

### *Appellees.*

On appeal from the 61st Judicial District Court
of Harris County, Texas
The Honorable Erin Lunceford, Presiding
Cause number: 2014-54729

## NOTICE OF THE FILING A PETITION FOR RELIEF UNDER THE BANKRUPTCY CODE BY APPELLANT ELIZABETH THOMAS

*Attorney for Appellant*
*ELIZABETH THOMAS*

By:/s/James M. Andersen
James M. Andersen
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-1190
E-Mail:jandersen.law@gmail.com

**01-15-00863-CV**

---

In the Court of Appeals
For the First District of Texas at Houston

---

**ELIZABETH THOMAS,**

*Appellant,*

v.

**MERITAGE HOMES OF TEXAS, LLC f/k/a MERITAGE HOMES OF TEXAS, L.P. f/k/a LEGACY MONTEREY HOMES, L.P.; MTH LENDING GROUP, L.P. f/k/a MERITAGE LANDING SERVICE PRIMARY RESIDENTIAL MORTGAGE, INC. d/b/a f/k/a FLAGSTONE LENDING GROUP STEWART TITLE COMPANY; MTH TITLE COMPANY**

*Appellees.*

---

On appeal from the 61st Judicial District Court
of Harris County, Texas
The Honorable Erin Lunceford, Presiding
Cause number: 2014-54729

---

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS**

On November 30, 2015, the Appellant filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the District of Texas; Houston Division that has been assigned case number 15-36259, to the Honorable Judge Letitia Z. Paul U.S.B.J., and relief was ordered on November 30, 2015, and suggests that this action has been stayed by the operation of Title 11 U.S.C. §362. For the next thirty (30) days.

By:/s/James M. Andersen
James M. Andersen
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-1190
E-Mail:jandersen.law@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Texas Rule of Appellate Procedure 9.5(e), the undersigned hereby certifies that a true and correct copy of the foregoing Suggestion of Bankruptcy was served on the following parties vie eService on December 1, 2015 upon;

Bryan Rutherford and Clayton E. Devin
MACDONALD DEVIN, PC.,
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Attorneys for Appellees
Codilis & Stawiarski P.C.


Allan D. Goldstein
MORRIS, LENDIAS, HOLLRAH & SNOWDEN
1980 Post Oak Blvd., Suite 700
Houston, Texas 77056
Attorneys for non-party Appellees
Meritage Homes of Texas, LLC f/k/a Meritage Homes of Texas, L.P.
f/k/a Legacy Monterey Homes, L.P.; MTH Lending Group, L.P. f/k/a
Meritage Landing Service Primary Residential Mortgage, Inc. d/b/a
f/k/a Flagstone Lending Group Stewart Title Company; MTH Title Company;


By:/s/James M. Andersen
James M. Andersen Attorney
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
E-Mail:jandersen.law@gmail.com